784 A.2d 67

IN THE MATTER OF JAMES P. TUTT, AN ATTORNEY AT LAW.

November 15, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–274, concluding that **JAMES P. TUTT** of **NEWARK,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.8(e) (providing financial assistance to a client in connection with pending or contemplated litigation) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JAMES P. TUTT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.